UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>v.<br><br>ROGER D. BIRGE,<br><br>　　　Defendant. | CRIMINAL NO. 5:25-cr-109-KKC-1<br><br><br>ORDER |

\*\*\* \*\*\* \*\*\*

The Court ORDERS that the Motion of the United States to assign this matter a date for filing of the Information and an arraignment is GRANTED, and this matter is set for arraignment on **Monday, September 8, 2025 at 10:30 a.m.** at Lexington, Kentucky.

The Court further ORDERS the Defendant to contact the United States Probation Office in Lexington at telephone number (859) 233-2646, within 48 hours of the receipt of this Order, excluding weekends, in order to arrange an interview by the United States Probation Office for the purpose of obtaining information pertaining to conditions of release.

This 22nd day of August, 2025.

*/s/ Karen K. Caldwell*
KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY

Copies to:　　USM; USPO; Kathryn M. Dieruf, AUSA;
　　　　　　　Andrea L. Mattingly Williams, AUSA;
　　　　　　　Steven Romines, Attorney for Defendant